IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.  1:26-cv-1886

STEPHANIE BAEZ, JOSHUA
BLACK, GLENN BROOKS,
LLOYD CRUZ, JR., TRENISS
EVANS, III, DEREK GUNBY,
ANDREW MILLARD, KENNETH
JOSEPH THOMAS, JOHN
GEORGE TODD, III,

               Plaintiffs,

v.

UNITED STATES OF AMERICA,
ANTHONY CAMPANELE, SAM
UKYLEE, FBI AGENT LUCAS,
FRANCESCO VALENTINI,
CHRISTOPHER BROWN, SETH
ADAM NEINERO, EMILY ALLEN,
ERIC BOYLAN, BARRY DISNEY,
SAMANTHA MILLER, SEAN
MCCAULEY,

               Defendants.

_____/

## **NOTICE OF ERRATA**

The Plaintiffs, STEPHANIE BAEZ, JOSHUA BLACK, GLENN BROOKS, LLOYD CRUZ, JR., TRENISS EVANS, III, DEREK GUNBY, ANDREW MILLARD, KENNETH JOSEPH THOMAS, JOHN  GEORGE TODD, III, respectfully submit this Notice of Errata regarding the Complaint filed on May 29, 2026, and state as follows:

1.     On May 29, 2026, the Plaintiff filed the Complaint initiating this action.

2.      The filing inadvertently omitted the full residence address of the parties as required by Local Rule 5.1(c).

3.      Attached hereto as **Exhibit A** is a corrected version of the Complaint which includes the full residence address of each party in compliance with the Local Rules.

WHEREFORE, Plaintiff respectfully files this Notice of Errata and requests that the attached corrected Complaint be deemed the operative initiating pleading.

Dated: June 2, 2026                              RESPECTFULLY SUBMITTED,


_/s/ Peter Ticktin_
Peter Ticktin, Esq.
The Ticktin Law Group
270 S.W. Natura Avenue
Deerfield Beach, Florida 33441
Switchboard: (954) 570-6757
E-mail:  PT@LegalBrains.com


_/s/ Roger Roots_
Roger Roots, Esq.
The Ticktin Law Group
270 S.W. Natura Avenue
Deerfield Beach, Florida 33441
Switchboard: (954) 570-6757
E-mail:  RRoots@LegalBrains.com

2