Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STEPHANIE BAEZ, ET AL

       Plaintiff

          vs.

UNITED STATES OF AMERICA, ET AL

       Defendant

Civil No.       26-1886   (RC)

Category  L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on ___6/16/2026___ from Judge Dabney L. Friedrich

to __Judge Rudolph Contreras__ by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS

Chair, Calendar and Case
Management Committee

cc:    Judge Dabney L. Friedrich    & Courtroom Deputy

       Judge Rudolph Contreras    & Courtroom Deputy

       Liaison, Calendar and Case Management Committee