IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CASE NO.  1:26-cv-1886-ACR



STEPHANIE BAEZ, JOSHUA
BLACK, GLENN BROOKS,
LLOYD CRUZ, JR., TRENISS
EVANS, III, DEREK GUNBY,
ANDREW MILLARD, KENNETH
JOSEPH THOMAS, JOHN
GEORGE TODD, III,

          Plaintiffs,

v.

UNITED STATES OF AMERICA,
ANTHONY CAMPANELE, SAM
UKYLEE, FBI AGENT LUCAS,
FRANCESCO VALENTINI,
CHRISTOPHER BROWN, SETH
ADAM NEINERO, EMILY ALLEN,
ERIC BOYLAN, BARRY DISNEY,
SAMANTHA MILLER, SEAN
MCCAULEY,

          Defendants.
_____/


## DECLARATION OF SERVICE

I, Peter Ticktin, declare as follows:

1.      I am counsel for Plaintiff Stephanie Baez, et al.,  in the above-captioned action and am over the age of eighteen.

2.      On August 10, 2026, I served the United States Attorney for the District of Columbia pursuant to Federal Rule of Civil Procedure 4(i)(1)(A) by transmitting a copy of the Summons and Corrected Complaint, together with all accompanying exhibits, by email to

**USADC.ServiceCivil@usdoj.gov**, the email address designated by the United States Attorney's Office for the District of Columbia for acceptance of service of process in civil actions.

3.      The email was sent on August 10, 2026, at approximately 9:46 a.m., and the subject line stated:

**Stephanie Baez, et al., v. United States of America, 1:26-CV-01886-ACR**

4.      The Summons, Corrected Complaint, and accompanying exhibits were transmitted as a single PDF attachment, with the Summons appearing first.

5.      On August 10, 2026, I separately served the Attorney General of the United States pursuant to Federal Rule of Civil Procedure 4(i)(1)(B) by sending a copy of the Summons and Corrected Complaint by [CERTIFIED MAIL, RETURN RECEIPT REQUESTED / REGISTERED MAIL] to:

> **Attorney General of the United States**
> **U.S. Department of Justice**
> **950 Pennsylvania Avenue, NW**
> **Washington, DC 20530-0001**

6.      The mailing was deposited with the United States Postal Service on August 10, 2026. The USPS tracking/receipt number is **9589 0710 2283 0032 25**.

7.      A copy of the USPS mailing receipt and delivery confirmation/return receipt will be maintained as evidence of service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of August 2026.

2

**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222

Dated: August 10, 2026                                    RESPECTFULLY SUBMITTED,


                                         */s/ Peter Ticktin*
                                         Peter Ticktin, Esq.
                                         The Ticktin Law Group
                                         270 S.W. Natura Avenue
                                         Deerfield Beach, Florida 33441
                                         Switchboard: (954) 570-6757
                                         E-mail:  PT@LegalBrains.com


                                         */s/ Roger Roots*
                                         Roger Roots, Esq.
                                         The Ticktin Law Group
                                         270 S.W. Natura Avenue
                                         Deerfield Beach, Florida 33441
                                         Switchboard: (954) 570-6757
                                         E-mail:  RRoots@LegalBrains.com

**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222