**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEPHANIE BAEZ, *et al.*,<br>*Plaintiff*,<br>v.<br>UNITED STATES OF AMERICA, *et al.*,<br>*Defendants*. | Civil Action No. 1:26-cv-01886-RC |

**DEFENDANT UNITED STATES OF AMERICA'S CONSENT MOTION TO EXTEND ITS RESPONSIVE PLEADING DEADLINE AND SET A BRIEFING SCHEDULE**

Defendant United States of America moves under Fed. R. Civ. P. 6(b)(1) for a seven-day extension of time to respond to Plaintiffs' Complaint, extending its deadline from December 8, 2026, through December 15, 2026. This is the United States' second request for an extension of this deadline. Plaintiffs consent to this request, and, after conferring, the parties agreed to the following briefing schedule for the motion to dismiss:

Motion: December 15, 2026

Opposition: January 29, 2027

Reply: February 19, 2027

There is good cause for the extension. Nine Plaintiffs who faced charges relating to the events at the United States Capitol on January 6, 2021, sue the United States and several individual-capacity defendants for malicious prosecution, selective prosecution/abuse of process, "vindictive prosecution and *Monell*-type failure to train/supervise," and negligence involving personal property. *See* Compl. ¶¶ 128–168, ECF No. 1. Plaintiffs filed their Complaint on May 29, 2026. *Id.* The United States is still the only defendant who has been served in this case. Each of the nine Plaintiffs was prosecuted separately and raises property claims unique to that

Plaintiff. Undersigned counsel needs this brief additional extension to finalize and file the United States' motion to dismiss because of competing case obligations.

Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time." The United States moves for this extension before its December 8, 2026, response deadline expires, and the docket reflects that no other Defendant has been served to date. No other dates or deadlines will be affected, and the parties have agreed to a briefing schedule for the forthcoming motion to dismiss. No party will be prejudiced by the granting of this motion. The reasons outlined above support a finding of good cause.

For these reasons, the United States requests that the Court extend its deadline to respond to the Complaint through December 15, 2026, and enter the parties' agreed briefing schedule set forth above. A proposed order is filed with this motion.

Date: November 23, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

SARAH E. WHITMAN
Assistant Director, Torts Branch

*/s/ Nicole M. Marimon*
NICOLE M. MARIMON
D.C. Bar No. 9001966
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146
Washington, D.C. 20044
(202) 598-5215
nicole.m.marimon@usdoj.gov

*/s/ Katrina M. Thayer*
KATRINA M. THAYER
D.C. Bar No. 1671729

Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146
Washington, D.C. 20044
(202) 616-0674
katrina.m.thayer@usdoj.gov

*Counsel for Defendant United States of America*

**LCvR 7(m) CERTIFICATE**

I certify that, on November 23, 2026, I conferred by email with counsel for Plaintiffs, who represented that Plaintiffs consent to this motion.

*/s/ Katrina M. Thayer*
KATRINA M. THAYER